UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES ARLISS VINCENT, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:06-cv-1358-DFH-WTL |
| ) | |
| DAVE SZYHOWSKI, et al., ) | |
| ) | |
| Defendants. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date:  11/14/2006

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Arliss Vincent
DOC #856813
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN   46168